IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LUCIO GARCIA-SALAS,

  Petitioner,

v.

UNITED STATES OF AMERICA,

  Respondent.

CASE NO. 2:05-cv-125
CRIM. NO. 2:02-cr-164
JUDGE MARBLEY
MAGISTRATE JUDGE KING

## OPINION AND ORDER

On October 25, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed for failure to comply with the one-year statute of limitations imposed by 28 U.S.C. §2244(d). Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is **DISMISSED** for failure to comply with the one-year statute of limitations.

            *s/Algenon L. Marbley*
            ALGENON L. MARBLEY
            United States District Judge